IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CARLOS GONZALEZ, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-04-1413-C |
| | ) | |
| JOHN FERGUSON, et al., | ) | |
| | ) | |
| Defendants | ) | |

MEMORANDUM OPINION AND ORDER

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Bana Roberts on April 13, 2005. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the complaint is dismissed without prejudice. Plaintiff's request for extension of time to provide service papers is denied. A judgment will enter accordingly.

IT IS SO ORDERED this 24th day of May, 2005.

ROBIN J. CAUTHRON
United States District Judge